**EXHIBIT A**

| TRANSFEROR | DATE | AMOUNT |
|---|---|---|
| Akorn Operating Company, LLC | 11/29/2022 | $8,887.57 |
| Akorn Operating Company, LLC | 1/9/2023 | $13,245.20 |
| Akorn Operating Company, LLC | 1/19/2023 | $10,989.55 |
| Akorn Operating Company, LLC | 1/20/2023 | $4,888.01 |
| Akorn Operating Company, LLC | 2/9/2023 | $68.23 |
| Akorn Operating Company, LLC | 2/13/2023 | $2,599.23 |

TOTAL TRANSFERS: $40,677.79